IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.D.B. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, Commissioner | : | |
| of Social Security | : | NO. 25-1320 |

**O R D E R**

AND NOW, this 31st day of August, 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. 25), the response (Doc. 26), the reply (Doc. 26), and after careful consideration of the administrative record (Doc. 24), IT IS HEREBY ORDERED that:

1. JUDGMENT is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication; and

2. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

CAROLINE GOLDNER CINQUANTO, U.S.M.J.